1  **WO**

2

3

4

5                          **NOT FOR PUBLICATION**

6               IN THE UNITED STATES DISTRICT COURT

7                    FOR THE DISTRICT OF ARIZONA

8

9  C. Henry Ekweani and Ijeamaka Ekweani,)    No. CV-08-01551-PHX-FJM
   husband and wife,                      )
10                                         )    **ORDER**
                   Plaintiffs,             )
11                                         )
   vs.                                     )
12                                         )
                                           )
13 Maricopa County Sheriff's Office, et al.,)
                                           )
14                 Defendants.             )
                                           )
15 _____)

16

17

18         The court has before it plaintiffs' motion for leave to file a stamped copy of their

19 response brief as the original (doc. 93) and defendants' response (doc. 94). Plaintiffs did not

   file a reply. We also have before us defendants' motion for leave to file an exhibit in a non-
20
   electronic format (doc. 90).
21
           Plaintiffs move for leave to file the correct copy of their response to defendants'
22
   motion for summary judgment. Although they filed the first page of their response on
23
   February 23, 2010, the remainder of the document was a copy of their concurrently filed
24
   statement of facts (docs. 87 & 88). Defendants do not oppose plaintiffs' motion, but they
25
   request additional time to file a reply. We understand from plaintiffs' motion that defendants
26
   received the correct copy of plaintiffs' response by mail. In any case, defendants received
27
   it no later than the filing of plaintiffs' present motion on March 8, 2010. In order to ensure
28

1    that we have sufficient time to consider defendants' motion for summary judgment,

2    defendants shall file a reply no later than March 26, 2010.

3         Finally, we grant defendants' motion for leave to file audio recordings in a non-

4    electronic format.

5         **IT IS THEREFORE ORDERED GRANTING** plaintiffs' motion for leave to re-file

6    their response (doc. 93).  Defendants shall file a reply no later than March 26, 2010.

7         **IT IS FURTHER ORDERED GRANTING** defendants' motion for leave to file an

8    exhibit in a non-electronic format (doc. 90).

9         DATED this 22nd day of March, 2010.

10

11        _Frederick J. Martone_____
                    Frederick J. Martone
12                  United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28