**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C. Henry Ekweani and Ijeamaka Ekweani, husband and wife, <br><br> Plaintiffs, <br><br> vs. <br><br> Maricopa County Sheriff's Office, et al., <br><br> Defendants. | No. CV-08-01551-PHX-FJM <br><br> **ORDER** |

The court has before it plaintiffs' motion for leave to file a stamped copy of their response brief as the original (doc. 93) and defendants' response (doc. 94). Plaintiffs did not file a reply. We also have before us defendants' motion for leave to file an exhibit in a non-electronic format (doc. 90).

Plaintiffs move for leave to file the correct copy of their response to defendants' motion for summary judgment. Although they filed the first page of their response on February 23, 2010, the remainder of the document was a copy of their concurrently filed statement of facts (docs. 87 & 88). Defendants do not oppose plaintiffs' motion, but they request additional time to file a reply. We understand from plaintiffs' motion that defendants received the correct copy of plaintiffs' response by mail. In any case, defendants received it no later than the filing of plaintiffs' present motion on March 8, 2010. In order to ensure

that we have sufficient time to consider defendants' motion for summary judgment, defendants shall file a reply no later than March 26, 2010.

Finally, we grant defendants' motion for leave to file audio recordings in a non-electronic format.

**IT IS THEREFORE ORDERED GRANTING** plaintiffs' motion for leave to re-file their response (doc. 93). Defendants shall file a reply no later than March 26, 2010.

**IT IS FURTHER ORDERED GRANTING** defendants' motion for leave to file an exhibit in a non-electronic format (doc. 90).

DATED this 22nd day of March, 2010.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge